UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NIKOLAY SHULIKOV, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil No. 07-153-B-W |
| | ) |
| MAINE STATE PRISON STAFF, | ) |
| | ) |
| Defendant | ) |

**O R D E R**

Plaintiff has filed a Complaint pursuant to 42 U.S.C. § 1983, and seeks leave to proceed in forma pauperis. Plaintiff's Application to Proceed In Forma Pauperis is incomplete, in that there is no ledger showing the activity in Plaintiff's prisoner account with the Maine State Prison for the last six months. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...<u>shall submit a certified copy of the trust fund account statement</u> (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... <u>obtained from the appropriate official</u> of each prison at which [he] is or was confined") (emphasis added). Plaintiff has submitted a certification but there is no copy of the trust fund account.

Before Shulikov decides to incur the expense of pursuing this action he is hereby put on notice that his complaint, as it now stands, is susceptible to dismissal. Shulikov names as a defendant "Maine State Prison Staff" and indicates that he has no "direct defendants." In order to pursue a civil rights action Shulikov must specify the defendants that are responsible for the alleged rights violation.

The Clerk is hereby directed to forward a form Application to Proceed *In Forma*

*Pauperis*, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file an Amended Application to Proceed *In Forma Pauperis*, accompanied by a copy of his trust account or pay the filing fee of $350, no later than October 26, 2007, failing which I will enter a recommendation that this matter be dismissed for lack of prosecution.

*SO ORDERED*
October 4, 2007 /s/ Margaret J. Kravchuk
U.S. Magistrate Judge